UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DUDLEY L. HARRIS,

                Plaintiff,

      -against-                              5:14-CV-0013 (LEK/DEP)

WILLIAM SUMMERS, *et al.*,

                Defendants.

## ORDER

This matter comes before the Court following a Report-Recommendation filed on April 18, 2014, by the Honorable David E. Peebles, U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3. Dkt. No. 7 ("Report-Recommendation"). Judge Peebles recommends that *pro se* Plaintiff Dudley Harris's ("Plaintiff") Amended Complaint be accepted for filing, with the exception of Plaintiff's equal protection claim. Report-Rec. at 9; see also Dkt. No. 5 ("Amended Complaint"). A copy of the Report-Recommendation was mailed to Plaintiff via regular mail on April 18, 2014, Apr. 18, 2014 Docket Entry, but was returned as undeliverable on April 28, 2014, Dkt. No. 8.

Local Rule 10.1(c)(2) requires *pro se* litigants to immediately notify the Court of any changes of address. L.R. 10.1(c)(2); see also Dkt. No. 3 at 2. Failure to notify the Court of a change of address may result in the dismissal of any pending action. L.R. 41.2(b).

Here, the address Plaintiff provided is no longer valid, and Plaintiff has not provided a new address or otherwise communicated with the Court. This case cannot proceed without notice to the Court, and to Defendants, of a valid and current address for use in contacting Plaintiff. The case must therefore be dismissed.

Accordingly, it is hereby:

**ORDERED**, that Plaintiff's Amended Complaint (Dkt. No. 5) is **DISMISSED without prejudice**; and it is further

**ORDERED**, that the Clerk close this case; and it is further

**ORDERED**, that the Clerk serve a copy of this Order upon the parties to this action in accordance with the Local Rules.

**IT IS SO ORDERED**.

DATED: July 07, 2014
Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge